**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  | | |
|---|---|---|
| | : | CIVIL ACTION NO. |
| | : | |
| LOVATO, et al. | : | 02-3924 |
| MCLEAN | : | 02-3966 |
| GAMEGAN-RICHARDSON | : | 02-3985 |
| CLIPSON | : | 02-4137 |
| TERILLI, et al. | : | 02-4243 |
| MOUSER, et al. | : | 02-4271 |
| STAMPER | : | 02-4321 |
| | : | |
| VS. | : | |
| | : | |
| BAYER CORPORATION, *et al.* | : | |

**O R D E R**

          **AND NOW,** this          day of July, 2002, the Court having been previously
advised that the above action cannot proceed to trial and disposition because of the following
reason:

          [      ]      -      Order staying these proceedings pending disposition of a related
                              action.

          [      ]      -      Order staying these proceedings pending determination of
                              arbitration proceedings.

          [      ]      -      Interlocutory appeal filed.

          [   X   ]      -      Other: Case is placed into suspense pending receipt of the C.T.O.
                              from the Judicial Panel on Multi District Litigation.
It is

          **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and
place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**James T. Giles, Chief Judge**